UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEANNIE WILSON,
individually and as Next Friend
for her minor son,
M.G., a minor,[1]

        Plaintiffs,

v.

FOOT LOCKER, INC.,

*et al.*,

        Defendants.
_____/

Case No. 15-10984

Paul D. Borman
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

ORDER ADOPTING MAGISTRATE JUDGE ELIZABETH A. STAFFORD'S MAY 5, 2015 REPORT AND RECOMMENDATION (ECF NO. 7) AND DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION TO REMAND (ECF NO. 2)

On May 5, 2015, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation to Deny Without Prejudice Plaintiff's Motion to Remand. (ECF No. 7, Report and Recommendation; ECF No. 2, Motion to Remand.) Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation and DENIES WITHOUT PREJUDICE Plaintiff's Motion to Remand.

IT IS SO ORDERED.

                                              s/Paul D. Borman
                                              Paul D. Borman
Dated: June 3, 2015                           United States District Judge

---

[1] On March 25, 2015, the Court emailed counsel and instructed that all future filings should bear only the initials of the minor child. *See* Fed. R. Civ. P. 5.2(a)(3). The parties are instructed to use only the initials of the minor in all future filings. Filings failing to comply with this directive will be stricken.

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 3, 2015.

                                          s/Deborah Tofil
                                          Case Manager